UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR LAW FOR LAW, INNOVATION, & TECHNOLOGY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF STATE, et al.,<br><br>Defendants. | Civil Action No. 25-1418 (SLS) |

## JOINT STATUS REPORT

Pursuant to the Court's September 23, 2025 minute order, Plaintiffs the Institute for Law, Innovation & Technology, Red En Defensa De Los Derechos Digitales, and the Surveillance Resistance Lab and Defendants the Department of State, the National Institute of Standards and Technology ("NIST"), Customs and Border Protection ("CBP"), Immigration and Customs Enforcement ("ICE"), the Department of Homeland Security ("DHS"), and the U.S. Agency for International Development ("USAID") by and through undersigned counsel, respectfully submit the following joint status report. The parties report as follows:

1. Plaintiffs filed this lawsuit stemming from Freedom of Information Act requests to each Defendant seeking records concerning the use of technologies and infrastructure facilitating U.S. border enforcement and migration control. See generally, Compl.

2. Defendants provide the Court with the following update regarding the status of each Defendant's search and processing efforts:

   a. **Department of State**: As previously reported, the State Department has conducted an initial search and located nearly 2 million potentially responsive records. The parties have

1

scheduled a meeting in early January to confer on prioritizing or narrowing the scope of the State Department's search. In the meantime, the State Department will run some initial test searches.

      b. **USAID**: As previously reported, USAID identified 2,615 potentially responsive pages and is processing 200-250 pages each month. USAID has released two monthly productions to date.

      c. **NIST**: NIST has previously determined that it does not have records responsive to Plaintiffs' request. Plaintiffs concur and will file a motion to dismiss their claims against NIST in this matter.

      d. **DHS**: In its last JSR, DHS unintentionally yet incorrectly indicated that it would endeavor to make a final production by the end of September 2025. DHS continues to process potentially responsive pages. Since the end of the recent Government shutdown caused by a lapse in appropriations, DHS has processed 501 potentially responsive pages and will endeavor to make a 3rd release by the end of December 2025. There are 334 potentially responsive pages that remain to be processed for a fourth release. Non-exempt portions of eleven pages previously submitted for consult with another agency will be promptly released as soon as returned.

      e. **ICE**: ICE will provide Plaintiffs with a draft *Vaughn* index by prior to any dispositive motion briefing.

      f. **CBP**: CBP made its first interim release on October 22, 2025, and a second interim release on November 26, 2025, and anticipates making monthly interim releases on the 22nd day of each month thereafter (or on the next business day, as applicable). CBP will endeavor to process 500 pages of potentially responsive records each month. Because CBP is scoping

records as it processes them, CBP does not yet have a reliable estimate of the number of potentially responsive records remaining for processing. The parties will continue to discuss the scope of the request, including an estimate of the number of potentially responsive documents or pages.

3. The parties respectfully propose filing another joint status report in sixty days, on February 9, 2026.

Dated: December 9, 2025
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: _____/s/ John J. Bardo_____
JOHN J. BARDO, D.C. BAR #1655534
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 870-6770

*Attorneys for the United States of America*

By: __/s/ Kerri Webb_____
Kerri Webb (D.D.C. Bar No. 1632192)
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006
Telephone: (202) 263-3252
Email: kwebb@mayerbrown.com

*Counsel for The Institute for Law, Innovation & Technology, Red en Defensa de los Derechos Digitales, and Surveillance Resistance Lab*