UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE INSTITUTE FOR LAW, INNOVATION, & TECHNOLOGY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF STATE, et al., <br><br> Defendants. | Civil Action No. 25-1418 (SLS) |

## <u>UNOPPOSED MOTION TO MODIFY THE COURT'S JUNE 3, 2026 MINUTE ORDER</u>

Plaintiffs The Institute for Law, Innovation & Technology ("iLIT"), Red en Defensa de los Derechos Digitales ("R3D"), and Surveillance Resistance Lab ("SRL") (collectively, "Plaintiffs") by and through their undersigned counsel, respectfully request that the Court modify its June 3, 2026 minute order to permit Plaintiff R3D to appear remotely via videoconference at the required meet and confer with the Department of State. Pursuant to Local Rule 7(m), undersigned counsel and counsel for Defendants conferred via email and Defendants do not oppose the proposed modification to the Court's order.

In support of this motion, Plaintiffs state the following:

1.      On June 3, 2026, the Court entered an order requiring, in relevant part, that Plaintiffs meet and confer with Defendant Department of State ("State") in person and that a representative of each Plaintiff organization be present at the meet and confer.

2.      Plaintiff R3D is a Mexican non-profit organization based in Mexico City, Mexico. All of R3D's representatives are citizens and residents of Mexico and are neither United States citizens nor lawful United States residents.

1

3.      To enter the United States to attend an in-person meet and confer, any representative of R3D would need to obtain a business visa or a Border Crossing Card. *See* U.S. Customs and Border Protection, *The Border Crossing Card (BCC) - What documents do I need as a Mexican national to visit the United States?*, (May 5, 2026), https://www.help.cbp.gov/s/article/Article-1670?language=en_US ("Mexican citizens, including children, are required to present a passport with a visa or Border Crossing Card (BCC) when traveling by air and sea"); 8 C.F.R. § 212.1(c) (explaining that a visa and passport are required for nonimmigrant Mexican nationals unless they possess a Border Crossing Card).

4.      To obtain either a visa or a Border Crossing Card, a representative of R3D would have to submit an application and attend an interview at a United States embassy or consulate. *See* U.S. Department of State, *Visitor Visa*, https://travel.state.gov/content/travel/en/us-visas/tourism-visit/visitor.html/visa#:~:text=Citizens%20and%20permanent%20residents%20of%20Mexico%20generally%20must%20have%20a%20nonimmigrant%20visa%20or%20Border%20Crossing%20Card%20%28also%20known%20as%20a%20%22Laser%20Visa%22%29 (last visited June 8, 2026); 22 C.F.R. § 41.32(a)(3) (explaining that Border Crossing Card applicants must "appear in person before a consular officer to be interviewed").

5.      The next available interview appointment to obtain a business visa in Mexico City is three-and-a-half months away, and the average wait time for a visa interview appointment is seven months. *See* U.S. Department of State, *Global Visa Wait Times*, (May 18, 2026), https://travel.state.gov/content/travel/en/us-visas/visa-information-resources/global-visa-wait-times.html. Although State permits travelers to request an expedited appointment, such requests are only granted at the consulate's discretion. *See* U.S. Visa Information and Appointment Services,        *Frequently        Asked        Questions*,        https://ais.usvisa-info.com/en-

2

mx/niv/information/faqs#need_earlier_appt ("Expedited Appointments will only be granted at the Consular Section's discretion") (last visited June 8, 2026).

6. Further, Border Crossing Card holders entering the United States by land are generally required to remain within 25 to 75 miles of the U.S.-Mexico border. 8 C.F.R. § 235.1(h)(1). To travel beyond that zone, they must obtain an I-94 at the port of entry, *see id.*, which are granted at the discretion of the inspecting Customs and Border Protection officer.

7. Accordingly, there is a substantial likelihood that no representative of R3D would be able to enter the United States to attend an in-person meet and confer with State prior to July 3, 2026. However, a representative of R3D is able to join a meet and confer with State remotely via videoconference.

8. Absent modification of the order, R3D would have no alternative but to withdraw from this case to avoid any potential violation of the Court's order. Such a result would be contrary to the rights afforded to all persons, regardless of citizenship, nationality, or legal status in the United States to request access to federal government records under FOIA. *See U.S. Dep't of Just. v. Reps. Comm. For Freedom of Press*, 489 U.S. 749, 772 (1989) ("[FOIA] was designed to create a broad right of access to official information") (internal quotation marks omitted); *O'Rourke v. U.S. Dep't of Just.*, 684 F. Supp. 716, 718 (D.D.C. 1988) ("[FOIA's provisions are not restricted to citizens").

WHEREFORE, for the above and foregoing reasons, Plaintiffs respectfully move this Court to modify its June 3, 2026 order to relieve R3D of an obligation to participate in-person in a meet and confer with State and permit R3D to attend remotely via videoconference.

Dated: June 10, 2026                    Respectfully submitted,


By: */s/ Kerri Webb*
    Kerri Webb (D.D.C. Bar No. 1632192)
    MAYER BROWN LLP
    1999 K Street, NW
    Washington, DC 20006
    Telephone: (202) 263-3252
    Email: kwebb@mayerbrown.com

*Counsel for The Institute for Law, Innovation &*
*Technology, Red en Defensa de los Derechos*
*Digitales, and Surveillance Resistance Lab*