UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR LAW, INNOVATION, & TECHNOLOGY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF STATE, et al.,<br><br>Defendants. | Civil Action No. 25-1418 (SLS) |

**DECLARATION OF KERRI WEBB IN SUPPORT OF PLAINTIFFS' BRIEF ON ISSUES PRESENTED IN JUNE 3, 2026, ORDER**

I, Kerri Webb, Esq., pursuant to 28 U.S.C. § 1746 and under penalty of perjury, declare and state as follows:

1. I am an attorney, admitted to practice before this Court. I am an associate in the Washington, District of Columbia office of the law firm Mayer Brown, LLP and counsel of record for Plaintiffs Institute for Law, Innovation, & Technology ("ILIT"), Red En Defensa De Los Derechos Digitales ("R3D"), and Surveillance Resistance Lab (collectively, "Plaintiffs") in the above-captioned litigation. I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, I could and would competently do so under oath.

2. I submit this Declaration in support of Plaintiffs' Brief on Issues Presented in the June 3, 2026, Order.

3. Attached as Exhibit A is a true and correct excerpted copy of Freedom of Information Act Requests Plaintiffs sent to Defendant the Department of State ("State") on September 9, 2024.

4. Attached as Exhibit B is a true and correct excerpted copy of e-mail correspondence between Plaintiffs' counsel and Defendants' counsel from August 19, 2025, through June 26, 2026, related to narrowing Plaintiffs' requests to State.

5. Attached as Exhibit C is a true and correct excerpted copy of e-mail correspondence between Plaintiffs' counsel and Defendants' counsel from August 21, 2025, through September 19, 2025, related to narrowing Plaintiffs' requests to State.

6. Attached as Exhibit D is a true and correct copy of e-mail correspondence between Plaintiffs' counsel and Defendants' counsel on October 22, 2025.

7. Attached as Exhibit E is a true and correct copy of e-mail correspondence between Plaintiffs' counsel and Defendants' counsel on January 2, 2026, and attachments to Defendants' counsel's email.

8. Attached as Exhibit F is a true and correct copy of e-mail correspondence between Plaintiffs' counsel and Defendants' counsel on April 7, 2026, and attachments to Defendants' counsel's email.

9. Attached as Exhibit G is a true and correct copy of e-mail correspondence between Plaintiffs' counsel and Defendants' counsel on April 9, 2026, and attachments to Defendants' counsel's email.

10. Attached as Exhibit H is a true and correct excerpted copy of e-mail correspondence between Plaintiffs' counsel and Defendants' counsel from April 29, 2026, through May 2, 2026, related to narrowing Plaintiffs' requests to State.

11. Attached as Exhibit I is a true and correct excerpted copy of e-mail correspondence between Plaintiffs' counsel and Defendants' counsel on May 20, 2026, related to narrowing Plaintiffs' requests to State.

12. Attached as Exhibit J is a true and correct excerpted copy of e-mail correspondence between Plaintiffs' counsel and Defendants' counsel on May 21, 2026, related to narrowing Plaintiffs' requests to State.

13. On April 9, 2026, Plaintiffs' counsel held a meet and confer with Defendants' counsel, State's in-house counsel, and representative of State to discuss narrowing Plaintiffs' requests in light of the additional records identified on April 7, 2026. During the meeting, the Parties agreed to specific search terms to narrow Requests 2 and 7. During the meeting, Plaintiffs also learned for the first time that the reason State's initial searches in August 2025 identified over 2,161,848 documents potentially responsive to Request 2 and 71,967 documents potentially responsive to Request 7, while State provided updated results of 924 documents and 771 documents respectively on January 23, 2026, was that State's initial search terms included an abbreviation for one of the programs identified in Plaintiffs' Requests. We discussed that the same abbreviation was also used in a context unrelated to Plaintiffs' Requests in State's records, resulting in the number of hits reported to Plaintiffs on August 20, 2025. We discussed that State subsequently revised the search to remove the abbreviation from the search terms.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 3, 2026,
in Washington, D.C.

Respectfully submitted,

By: _*/s/Kerri Webb*___________________

Kerri Webb (D.D.C. Bar No. 1632192)
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006
Telephone: (202) 263-3252
Email: kwebb@mayerbrown.com

*Counsel for The Institute for Law, Innovation & Technology, Red en Defensa de los Derechos Digitales, and Surveillance Resistance Lab*