UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR LAW FOR LAW, INNOVATION, & TECHNOLOGY, et al.,<br>Plaintiffs,<br>v.<br>DEPARTMENT OF STATE, et al.,<br>Defendants. | Civil Action No. 25-1418 (SLS) |

**JOINT STATUS REPORT**

Pursuant to the Court's July 3, 2026, Minute Order, Plaintiffs Institute for Law, Innovation & Technology ("iLIT"), Red En Defensa De Los Derechos Digitales, and Surveillance Resistance Lab and Defendants Department of State (the "Department"), Customs and Border Protection ("CBP"), Immigration and Customs Enforcement ("ICE"), Department of Homeland Security ("DHS"), and U.S. Agency for International Development ("USAID") by and through undersigned counsel, respectfully submit the following joint status report. The parties report as follows:

1. Plaintiffs filed this lawsuit stemming from Freedom of Information Act requests to each Defendant seeking records concerning the use of technologies and infrastructure facilitating U.S. border enforcement and migration control. *See generally* Compl.

2. The parties provide the Court with the following updates as ordered for each Defendant: (1) the total number of pages to be processed; (2) the anticipated completion date (month and year) for when review and production will be complete; and (3) any issues the Plaintiffs have with any documents produced so far.

3. Since the last JSR, the parties have continued to discuss ways to reduce the volume of potentially responsive records. The parties met and conferred in two sessions across two days, August 31, 2026 and September 1, 2026, due to the availability of agency representatives to attend.

4. **The Department:** The Department made its initial production of responsive, non-exempt records consisting of 459 pages to Plaintiff on August 28, 2026. Absent additional narrowing, the Department has approximately 10,108 potentially responsive pages left to process at a rate of 300 pages per month, for a projected completion date of June 2029. In an effort to reduce the volume of records from the Department, the parties have agreed that the Department's next production or two will include a sample of documents responsive to requests other than the Integrated Logistics Management System ("ILMS") documents responsive to Request 1. This will allow Plaintiffs to review and potentially reduce the universe of documents to be processed.

5. **DHS:** DHS prepared a production for release on April 23, 2026, but Plaintiffs were not in receipt of the production. Plaintiffs understand that the file may not have transmitted successfully due to file size limitations and Plaintiffs were unaware until August 31, 2026, that DHS had attempted to make a production. Defendants resubmitted the production to Plaintiffs on September 1, 2026. DHS's position is that the April 23, 2026 production was its final production and encompassed all remaining documents. Plaintiffs have requested clarification on whether DHS's productions are complete for all requests, or only for a limited portion of the requests.

6. **CBP:** CBP issued its latest interim response on August 24, 2026. The parties are discussing whether CBP can, and/or has an obligation to, identify and pull records that would allow Plaintiffs to cross-check and locate the information sought in Request 28 themselves. CBP will aim to process the remaining approximately 108 pages and produce outstanding pages as expeditiously as possible, including upon return from any third agency consult.

7. **USAID:** USAID processed 251 pages and made a production on August 21, 2026. USAID has approximately 1,606 potentially responsive pages to process at a rate of 200-250 pages per month, anticipated completion in approximately May 2027.

8. **ICE:** ICE has approximately 13 remaining pages of records that have been sent to other agencies for their review and consultation. Plaintiffs have inquired regarding the existence or status of several records or versions of records that they believe may be missing or may otherwise have been withheld or in consultation with other agencies. Plaintiffs and ICE met and conferred to discuss these issues on September 1, 2026, and ICE is currently reviewing Plaintiffs' inquiry and will provide an update once completed.

9. The parties propose filing another joint status report in approximately sixty days, on November 2, 2026.

Dated: September 1, 2026
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ Benjamin W. Owen
Benjamin W. Owen
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-0899

*Attorneys for the United States of America*

By: */s/ Kerri Webb*
Kerri Webb (D.D.C. Bar No. 1632192)
MAYER BROWN LLP
1999 K Street, NW

Washington, DC 20006
Telephone: (202) 263-3252
Email: kwebb@mayerbrown.com

*Counsel for The Institute for Law, Innovation & Technology, Red en Defensa de los Derechos Digitales, and Surveillance Resistance Lab*